JS-6

1  EDMUND G. BROWN JR.
   Attorney General of California
2  RENE L. LUCARIC
   Supervising Deputy Attorney General
3  LEENA M. SHEET
   Deputy Attorney General
4  State Bar No. 235415
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
     Telephone: (213) 897-2132
6  Fax: (213) 897-1071
   E-mail: Leena.Sheet@doj.ca.gov
7  *Attorneys for Defendants*
   *M. Delfine and P. Tonra*
8

FILED
APR 23 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **FLOYD WILLIAMS, III,**<br><br>Plaintiff,<br><br>v.<br><br>**M. DELFINE, et al.,**<br><br>Defendants. | EDCV-09-00589 CBM (MLG)<br><br>**ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE BY STIPULATION** |

On the stipulation of the parties and the attorneys of record of the parties who have appeared in this action,

IT IS ORDERED that this Action, Case No. 09-00589 CBM (MLG) shall be dismissed with prejudice. Each party shall bear his own attorney's fees, costs and expenses of any type. There is no prevailing party in this action.

Dated: 4/22/10

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1